UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **TyAira Reynolds,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.:1:16-cv-00261-SEB-DML |
| | ) |
| **Account Control Technology, Inc.** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## **PLAINTIFF'S NOTICE OF SERVICE OF PROCESS**

Comes now the Plaintiff, by counsel, and hereby files this Notice of Service of Process in the above-captioned action and, in support thereof, would show the Court the following:

1. On February 4, 2016 as served with the Summons and Complaint. *See Affidavit of Process Server attached hereto as Exhibit "1"*.

                                                                Respectfully submitted,

                                                                /s/ John T. Steinkamp
                                                             John T. Steinkamp, #19891-49
                                                              Attorney for Plaintiff
                                                              5218 S. East Street, Suite E-1
                                                             Indianapolis, IN  46227
                                                             Office: (317) 780-8300
                                                             Fax: (317) 217-1320
                                                             steinkamplaw@yahoo.com

## Certificate of Service

  The undersigned attorney hereby certifies that a copy of the foregoing document was served on the following by e-mail and via US Mail, first class postage paid and/or via ECF on February 12, 2016.

Account Control Technology, Inc.
C/o CT Corporation System
150 W. Market Street, Suite 800
Indianapolis, IN 46204

                Respectfully submitted,

                /s/ John Steinkamp
                John T. Steinkamp
                John Steinkamp and Associates
                5218 S. East Street, Suite
                Indianapolis, IN 46227
                Office: (317) 780-8300
                Fax: (317) 217-1320
                steinkamplaw@yahoo.com